IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AZAEL D. PERALES,

       Plaintiff,                                      No. CIV S-09-1582 FCD EFB PS

     vs.

THE CITY OF BUENA PARK, CALIFORNIA, PARKING CITATION SERVICE CENTER,

       Defendants.                                 <u>ORDER</u>

/

       This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1), and Local Rule 72-302(c)(21). Plaintiff, who proceeds in *propria persona*, and seeks permission of the court to proceed *in forma pauperis*, challenges, on federal constitutional grounds, allegedly arbitrary governmental action for which she has "been a victim of for over 6 calendar years," apparently based on race, and as demonstrated by parking citations she has received in Fullerton and Buena Park, both located in Orange County, California. Plaintiff's address indicates that she resides in Fullerton, California.

       For the following reasons, this action must be transferred to the United States District Court for the Central District of California.

////

Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." As set forth in 28 U.S.C. § 1391(b): "A civil action wherein jurisdiction is not founded solely on diversity of citizenship may . . . be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought."

In this case, all defendants (and plaintiff) are located within the Central District of California, the location in which the challenged conduct occurred. For the convenience of the parties and witnesses, and in the interest of justice, this case must therefore be transferred to the Central District.

Accordingly, IT IS HEREBY ORDERED that this action be transferred to the United States District Court for the Central District of California.

SO ORDERED.

DATED: June 25, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE